```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

DEBRA WALTON,                         *

    Plaintiff,                    *

vs.                                   *
                                                CASE NO. 4:17-CV-61 (CDL)

CHEROKEE NATION RED WING, LLC,        *

    Defendant.                    *

---

## O R D E R

Plaintiff Debra Walton, who is proceeding *pro se*, filed this employment discrimination action against Defendant Cherokee Nation Red Wing, LLC. Although Plaintiff conferred with Defendant to develop a proposed scheduling order, she failed to serve initial disclosures on Defendant and failed to respond to Defendant's written discovery requests despite many reminders from Defendant. Defendant filed a motion to dismiss Plaintiff's action based on these failures (ECF No. 15). In the alternative, Defendant asks the Court to compel Plaintiff to serve her initial disclosures and respond to Defendant's written discovery requests (First Interrogatories to Plaintiff and First Request for Production of Documents). Plaintiff did not respond to Defendant's motion.

The Court declines to dismiss Plaintiff's action at this time, but the Court grants Defendant's motion to compel. Plaintiff is ordered to serve her initial disclosures and to respond to Defendant's written discovery requests by **December 29,**

2017.  Plaintiff is instructed that if she fails to serve her initial disclosures and if she fails to respond to Defendant's written discovery requests by December 29, 2017, her Complaint will be dismissed under Federal Rule of Civil Procedure 37.

Defendant seeks a limited extension of discovery, which closed on November 16, 2017.  Discovery shall be extended for the limited purpose of permitting Defendant to (1) receive Plaintiff's initial disclosures and written discovery responses and (2) take Plaintiff's deposition.  This limited discovery period shall close on February 27, 2018.  Dispositive motions are due by April 13, 2018.

Finally, Defendant notified the Court that Plaintiff asked that all correspondence from Defendant be sent to two email addresses (waltonmslou@gmail.com and waltonmslou@aol.com) and not to the mailing address listed on the Court's docket.  The Clerk is nonetheless instructed to mail a copy of this order to Plaintiff's address as listed on the docket and to ensure that a notice of electronic filing regarding this order is sent to both email addresses Plaintiff provided.  Plaintiff is instructed to notify the Court of her new mailing address.

IT IS SO ORDERED, this 7th day of December, 2017.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA