IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DEBRA WALTON, | * |
| Plaintiff, | * |
| vs. | * CASE NO. 4:17-CV-61 (CDL) |
| CHEROKEE NATION RED WING, LLC, | * |
| Defendant. | * |

O R D E R

Plaintiff Debra Walton, who is proceeding *pro se*, filed this employment discrimination action against Defendant Cherokee Nation Red Wing, LLC. Plaintiff failed to serve initial disclosures on Defendant and failed to respond to Defendant's written discovery requests despite many reminders from Defendant. The Court ordered Plaintiff to serve her initial disclosures and to respond to Defendant's written discovery requests by December 29, 2017. Order Den. Mot. to Dismiss 2, Dec. 7, 2017, ECF No. 16. The Court instructed Plaintiff that if she failed to serve her initial disclosures and if she failed to respond to Defendant's written discovery requests by December 29, 2017, her Complaint would dismissed under Federal Rule of Civil Procedure 37. *Id.*

Defendant filed a second motion to dismiss informing the Court that Defendant has not received any disclosures or discovery responses from Plaintiff. Based on Plaintiff's failure to comply

with the Court's order regarding her discovery obligations, Defendant's motion to dismiss (ECF No. 17) is granted.

The Clerk is instructed to mail a copy of this order to Plaintiff's address as listed on the docket and to ensure that a notice of electronic filing regarding this order is sent to both email addresses Plaintiff provided (waltonmslou@gmail.com and waltonmslou@aol.com).

IT IS SO ORDERED, this 31st day of January, 2018.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
