IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DEBRA WALTON,                                            *

                 Plaintiff,                         *

v.                                                                   Case No. 4-17-cv-61 (CDL)

                                       *

CHEROKEE NATION RED WING, LLC,

                                       *

               Defendant.

_____                   *

## J U D G M E N T

Pursuant to this Court's Order dated January 31st, 2018, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

Defendant shall also recover costs of this action.

This 1st day of February 2018.

                                  David W. Bunt, Clerk

                                  s/ Timothy L. Frost, Deputy Clerk